UNITED STATES of America,
Plaintiff–Appellee,

v.

Trone Lamon Donell FRANCIS,
Defendant–Appellant.

No. 08–7860.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 3, 2011.

Decided: April 1, 2011.

Trone Lamon Donell Francis, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trone Lamon Donell Francis appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Legree*, 205 F.3d 724, 728–29 (4th Cir.2000); *United States v. Francis*, No. 1:99–cr–00114–LHT–1 (W.D.N.C. Aug. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*